**Joseph Eugene MASKINS, Petitioner–Appellant,**

v.

**Ernie ROE, Warden, Respondent–Appellee.**

No. 00–55616.

D.C. No. CV–99–8509–MMM.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2001 *.

Decided Nov. 14, 2001.

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. 34(a)(2).

Before PREGERSON, REINHARDT and SILVERMAN, Circuit Judges.

MEMORANDUM **

We reverse the dismissal of petitioner's writ of habeas corpus and remand the petition to the district court in light of *Whalem/Hunt v. Early*, 233 F.3d 1146 (9th Cir.2000) (en banc). We remand for the purpose of the factual development of petitioner's claims regarding equitable tolling and statutory tolling under 28 U.S.C. § 2244(d)(1)(B).

REVERSED and REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.